PER CURIAM.

(No. 74-CC-476—Claimant ▋

PREMIUM INSTRUMENTS COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 2, 1974.*

PREMIUM INSTRUMENTS COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-477—Claimant ▋

EDWIN R. WALTERS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 2, 1974.*

EDWIN R. WALTERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.